[Civ. No. 2174.   Second Appellate District.—April 30, 1918.]

CHAS. E. HURT et al., Respondents, v. F. J. BAUER, Appellant.

APPEAL—JUDGMENT—PAYMENT—MOOT QUESTIONS—DISMISSAL.—Where pending an appeal from a judgment directing the payment of money it is made to appear to the appellate court that the judgment has been paid in full, the questions presented upon the appeal become moot, and the appeal will be dismissed.

APPEAL from a judgment of the Superior Court of Los Angeles County.   H. T. Dewhirst, Judge Presiding.

The facts are stated in the opinion of the court.

C. Franklin Baxter, for Appellant.

Wm. M. Bowen, Benjamin E. Page, and Arthur C. Hurt, for Respondents.

THE COURT.—This is an action for the recovery of money, judgment having gone for the plaintiffs and the defendant having appealed.   At the time set for the oral argument, the respondent was granted leave to file a certified copy of a satisfaction of judgment said to have been filed in the action in the office of the clerk of the trial court.   The certified copy has been filed since and it shows a satisfaction of the judgment in full.   By the payment of the judgment the questions presented upon the appeal have become moot.

The appeal is dismissed.